1 

 John Litterer, Petitioner v. Vail Summit Resorts, Inc., a corporation, and Dwight McClure Respondents 
No. 25SC134
Supreme Court of Colorado, En Banc
September 15, 2025
 Court of Appeals Case No. 24CA480 
 
 Petition for Writ of Certiorari GRANTED. 
 Whether the court of appeals erred when it held all of petitioner's claims against respondents were waived when he purchased a 2022-2023 Epic Pass. 
 Whether the court of appeals erred when it upheld the dismissal of petitioner's willful and wanton conduct and exemplary damages claim. 
 Whether the court of appeals erred when it failed to address whether Vail's exculpatory agreements bar petitioner's claim for negligence per se under this court's decision in Miller v. Crested Butte, LLC, 2024 CO 30, 549 P.3d 228 (Colo. 2024).